**DAVID M.C. PETERSON**
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:   (619) 234-8467
Facsimile:   (619) 687-2666
Email:         David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ1010 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| BALAAM JACOME-OLALDE, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                   Respectfully submitted,

Dated: April 10, 2008                    */s/ DAVID M. C. PETERSON*
                                               DAVID M.C. PETERSON
                                               Federal Defenders of San Diego, Inc.
                                               Attorneys for Defendant
                                               David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated:  April 10, 2008         */s/ DAVID M. C. PETERSON*
                 DAVID M.C. PETERSON
                 Federal Defenders of San Diego, Inc.
                 225 Broadway, Suite 900
                 San Diego, CA  92101-5030
                 (619) 234-8467  (tel)
                 (619) 687-2666  (fax)
                 David_Peterson@fd.org (email)