

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>BALAAM JACOME-OLALDE,<br><br>            Defendant. | Criminal Case No. 08CR1335-JAH<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1001 -<br>False Statement to a Federal<br>Officer |

The United States Attorney charges:

On or about June 5, 2007, within the Southern District of California, defendant BALAAM JACOME-OLALDE, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Customs and Border Protection Officer that his name was Allam Aguilar, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 4/29/08.

                                            KAREN P. HEWITT<br>                                            United States Attorney

                                            CALEB E. MASON<br>                                            Assistant U.S. Attorney

CEM:lg:San Diego
4/16/08