AO 455(Rev. 5/85) Waiver of Indictment

FILED

APR 29 2008

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| BALAAM JACOME-OLALDE | CASE NUMBER: 08CR1335-JAH |

I, BALAAM JACOME-OLALDE, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Balaam Jacome
Defendant

X /s/
Counsel for Defendant

Before /s/ McCurine
JUDICIAL OFFICER